UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| ELAINE MCCRAVY, | ) Civil Action No. 4:19-cv-00821-RMG-TER |
| Plaintiff, | ) |
| v. | ) |
| ANDREW SAUL,[1] Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

**AND NOW**, this 18th day of November, 2019, upon consideration of the Commissioner's Motion to Remand, it is hereby

**ORDERED**

that such motion is granted and this action is remanded to Defendant for further evaluation under sentence four of 42 U.S.C.§ 405(g). On remand, the administrative law judge (ALJ) will obtain supplemental evidence from a vocational expert concerning the impact of claimant's limitations with respect to reaching and overhead reaching on the occupational base, and identify jobs consistent with the reaching requirements of the RFC finding. The ALJ will also offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

Charleston, South Carolina

Honorable Richard M. Gergel
United States District Judge

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party. Fed. R. Civ. P. 25(d). *See also* 42 U.S.C. § 405(g) (providing that action survives regardless of any change in the person acting as the Commissioner of Social Security).