# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Elaine McCravy<br>*Plaintiff*<br>v.<br>Andrew Saul, Commissioner of Social Security<br>*Defendant* | )<br>)<br>)<br>) Civil Action No.: 4:19-000821-RMG<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Ordered that the motion to remand is granted under sentence four of 42 U.S.C. § 405(g).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, who granted Defendant's Motion to Remand.

Date: November 18, 2019

ROBIN L. BLUME
*CLERK OF COURT*

s/Glenda J. Nance
*Signature of Clerk or Deputy Clerk*